UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No.: 1:06 CV 199

| | |
|---|---|
| MELANIE PITROLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COUNTY OF BUNCOMBE, NORTH ) | |
| CAROLINA, WESTERN NORTH ) | CONSENT ORDER ALLOWING |
| CAROLINA REGIONAL AIR QUALITY ) | PRODUCTION OF PERSONNEL |
| AGENCY, WESTERN NORTH CAROLINA ) | RECORDS |
| REGIONAL AIR QUALITY AGENCY ) | |
| BOARD OF DIRECTORS, and DEAN KAHL,) | |
| LOYD KIRK, VONNA CLONINGER, and ) | |
| BRITT LOVIN, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Allow Production of Personnel Records (#8), notwithstanding the provisions of G.S. § 153A-98. It appearing that counsel for defendants consents to entry of this Order,

**ORDER**

**IT IS HEREBY ORDERED** that notwithstanding the provisions of G.S. § 153A-98, defendants may produce such personnel records as requested by plaintiff in discovery in this action. By entry of this Order, defendants do not waive any other objections they may have to production of such records based on relevancy or other grounds. This Order

-1-

shall not be construed to require production of any medical, insurance or tax records or of any individual's social security number.

Signed: September 18, 2006

Dennis L. Howell
United States Magistrate Judge

Consented to:

/s/ Michael G. Wimer
Michael G. Wimer
WIMER & JOBE PLLC.
349 Haywood Road
Asheville, NC 28806
Telephone: (828) 350-9799
Fax: (828) 350-9894
E-mail: mwimer001@aol.com
Attorney for plaintiff

Consented to:

/s/ William A. Blancato
William A. Blancato
BLANCATO DOUGHTON & HART

633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Fax: (336) 725-5129
E-mail: blancato@bdh-law.com
Attorney for defendants