# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV199

| | |
|---|---|
| MELANIE PITROLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| COUNTY OF BUNCOMBE, NC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2007 term in the Asheville Division.

The Court has referred Defendants' motion for summary judgment to the Magistrate Judge for a Memorandum and Recommendation as to disposition. It appears the Magistrate Judge will not issue his Recommendation nor will this Court complete its review of that Recommendation and the parties' objections, if any, in time for the counsel to adequately prepare for trial for the July 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's September 2007 term in the Asheville Division.

Signed: June 8, 2007

Lacy H. Thornburg
United States District Judge