**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:06CV199**

| | | |
|---|---|---|
| **MELANIE PITROLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **COUNTY OF BUNCOMBE, NORTH** | ) | |
| **CAROLINA; WESTERN NORTH** | ) | |
| **CAROLINA REGIONAL AIR QUALITY** | ) | |
| **AGENCY; WESTERN NORTH** | ) | |
| **CAROLINA REGIONAL AIR QUALITY** | ) | |
| **BOARD OF DIRECTORS; DEAN** | ) | |
| **KAHL; LOYD KIRK; VONNA** | ) | |
| **CLONINGER; and BRITT LOVIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial

from the September 2007 term in the Asheville Division.

The Court has under advisement the Magistrate Judge's

Memorandum and Recommendation regarding the Defendants' motion for

summary judgment motion and the parties' objections thereto. The Court

will not complete its review of this matter in time for the parties to

adequately prepare for trial for the September 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's November 2007 term in the Asheville Division.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge