IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV199

| | |
|---|---|
| MELANIE PITROLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> COUNTY OF BUNCOMBE, NORTH ) <br> CAROLINA; WESTERN NORTH ) <br> CAROLINA REGIONAL AIR QUALITY ) <br> AGENCY; WESTERN NORTH ) <br> CAROLINA REGIONAL AIR QUALITY ) <br> BOARD OF DIRECTORS; DEAN ) <br> KAHL; LOYD KIRK; VONNA ) <br> CLONINGER; and BRITT LOVIN, ) <br> ) <br> Defendants. ) <br> ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Defendants' motion for summary judgment is **ALLOWED**, and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** in their entirety.

Signed: October 10, 2007

Lacy H. Thornburg
United States District Judge