**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:06CV199**

| | | |
|---|---|---|
| **MELANIE PITROLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **COUNTY OF BUNCOMBE, NORTH CAROLINA, _et al._,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals.

By Judgment filed March 11, 2009, the Fourth Circuit affirmed this Court's grant of summary judgment on Plaintiff's claim of retaliation, but reversed the grant of summary judgment as to her gender discrimination claim. Now that the Circuit's mandate has been received and filed, this case appears ready for further proceedings as directed by the appellate court.

**IT IS, THEREFORE, ORDERED** that this matter be placed on the Court's civil trial calendar for the July 2009 term beginning July 6, 2009.

2

Signed: April 15, 2009

Lacy H. Thornburg
United States District Judge