IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV199

| | |
|---|---|
| MELANIE PITROLO, ) </br> ) </br> Plaintiff, ) </br> ) </br> Vs. ) </br> ) </br> COUNTY OF BUNCOMBE, NORTH ) </br> CAROLINA; WESTERN NORTH ) </br> CAROLINA REGIONAL AIR QUALITY ) </br> AGENCY; WESTERN NORTH ) </br> CAROLINA REGIONAL AIR QUALITY ) </br> BOARD OF DIRECTORS; and DEAN ) </br> KAHL, LOYD KIRK, VONNA ) </br> CLONINGER, and BRITT LOVIN, in ) </br> their official capacities, ) </br> ) </br> Defendants. ) </br> ) | **J U D G M E N T** |

**THIS MATTER** came on for trial before a jury with the undersigned presiding, and the jury has rendered a verdict.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, the jury having found Plaintiff was not denied a promotion because of her gender, that gender was a motivating factor in the decision not to promote the Plaintiff, and Plaintiff would have been denied a promotion even in the

absence of consideration of her gender, the Plaintiff shall recover nothing from the Defendants in form of damages.

**IT IS FURTHER ORDERED** that in the event Plaintiff contends she is entitled to recover attorney fees and costs she must pursue such relief, by the filing of appropriate motions and supporting documentation on or before **AUGUST 7, 2009;** responses to Plaintiff's motions shall be filed on or before **AUGUST 17, 2009. NO REPLIES TO RESPONSES WILL BE PERMITTED.** The Court finds this shortened briefing schedule necessary in order to resolve these issues before the undersigned's planned retirement on August 31, 2009.

Signed: July 28, 2009

Lacy H. Thornburg
United States District Judge