# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV199

| | |
|---|---|
| MELANIE PITROLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| COUNTY OF BUNCOMBE, NORTH ) | |
| CAROLINA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant's renewed motion for judgment as a matter of law, filed August 5, 2009.

The Court's Local Rules provide that Plaintiff's response to the motion is due 14 days from date of service (allowing 3 days for mailing); any reply filed by Defendants is due 7 days thereafter. **See LCvR 7.1(E).** The Court previously shortened the deadlines for Plaintiff to file a motion for attorney fees and costs based on the imminent retirement of the undersigned on August 31, 2009. Likewise, in order to rule on this motion before that date, the deadlines provided for in the Local Rules must be accelerated.

**IT IS, THEREFORE, ORDERED** that Plaintiff file a response, if any, to Defendant's motion for judgment as a matter of law, on or before **August 17, 2009,** and Defendant shall file a reply, if any, on or before **August 21, 2009.**

Signed: August 6, 2009

Lacy H. Thornburg
United States District Judge