IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV199

| | |
|---|---|
| MELANIE PITROLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> COUNTY OF BUNCOMBE, NORTH ) <br> CAROLINA; WESTERN NORTH ) <br> CAROLINA REGIONAL AIR QUALITY ) <br> AGENCY; WESTERN NORTH ) <br> CAROLINA REGIONAL AIR QUALITY ) <br> BOARD OF DIRECTORS; and DEAN ) <br> KAHL, LOYD KIRK, VONNA ) <br> CLONINGER, and BRITT LOVIN, in ) <br> their official capacities, ) <br> ) <br> Defendants. ) <br> ) | **AMENDED JUDGMENT** |

For the reasons stated in the Memorandum and Order filed herewith granting the Defendants' motion for judgment as a matter of law,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff recover nothing from the Defendants, the action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendants shall recover their costs of the action from the Plaintiff.

2

Signed: August 20, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge