# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:06cv199

| | |
|---|---|
| MELANIE PITROLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| COUNTY OF BUNCOMBE, ) | |
| NORTH CAROLINA, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on remand from the United States Fourth Circuit Court of Appeals. Pitrolo v. County of Buncombe, *et. al.*, 2011 WL 86701 [Doc. 105]. The mandate issued February 2, 2011. [Doc. 106].

By virtue of the Circuit's ruling, the Jury Verdict [Doc. 82] and Judgment after Jury Verdict [Doc. 85] have been reinstated. The Court[1] has been instructed to reconsider the Plaintiff's Motion for Declaratory Relief, Attorneys' Fees and Costs [Doc. 89]. Although the Court considers the parties to have fully briefed the issues, it will provide the opportunity for brief supplementation

---

[1] Upon Judge Thornburg's retirement, the case was reassigned to the undersigned.

in view of the almost one and one-half year period since the filing of their submissions.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties may supplement their filings in connection with Documents 89, 90 and 92 by pleadings not to exceed ten (10) double-spaced pages in size fourteen (14) font.

Signed: February 8, 2011

Martin Reidinger
United States District Judge